No. 92–1361. ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS, ET AL. v. BURTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1507. DE GRAFFENRIED v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–1552. GIRALDO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1559. MARCOS-MANOTOC v. TRAJANO. C. A. 9th Cir. Certiorari denied.

No. 92–1560. THOMAS ET AL. v. METZ BANKING CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1613. BOUNDS v. CITY OF LEITCHFIELD. C. A. 6th Cir. Certiorari denied.

No. 92–1652. ERNST ET AL. v. LEADERSHIP COUNCIL FOR METROPOLITAN OPEN COMMUNITIES ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1671. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. v. CROWN CORK & SEAL CO., INC. C. A. 3d Cir. Certiorari denied.

No. 92–1683. JENNMAR CORP. v. PATTIN MANUFACTURING CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 92–1685. PLEASANT VALLEY HOSPITAL, INC., ET AL. v. M & M MEDICAL SUPPLIES & SERVICE, INC. C. A. 4th Cir. Certiorari denied.

No. 92–1687. GALLEGOS v. CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1692. CITY OF ELY ET AL. v. FRIENDS OF THE BOUNDARY WATERS WILDERNESS ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1693. JOHNSON v. NORFOLK & WESTERN RAILWAY CO. C. A. 4th Cir. Certiorari denied.